UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR R. DEGUZMAN,<br><br>    Plaintiff,<br><br>v.<br><br>TOM VILSACK,<br><br>    Defendant. | Case No. 21-cv-09573-HSG<br><br>**ORDER RE PLAINTIFF'S MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>Re: Dkt. No. 9 |

Plaintiff's Motion for Permission for Electronic Case Filing is **TERMINATED AS MOOT.** Dkt. No. 9. Under Civil Local Rule 5-1(b) as recently amended, pro se parties must file case-initiating documents manually but are then permitted to register for ECF and file subsequent documents in the same case electronically. *See* Civil L.R. 79-5. So no motion is required for Plaintiff to file electronically.

**IT IS SO ORDERED.**

Dated: 2/28/2022

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge